UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD ARJUN KAUL, <br><br>           Plaintiff, <br> v. <br><br> CHRISTOPHER J. CHRISTIE, ESQ. et al. <br><br>           Defendants. | Civil Action No. <br><br> 2:16-CV-2364-KM-SCM <br><br> **ORDER** <br><br> **[D.E. 143, 151]** |

Pending before the Court are motions for entry of default judgment by plaintiff Richard Kaul against defendants Robert Heary and Rutgers University.[1] Pursuant to an agreement memorialized on the record today, the aforementioned motions were withdrawn and counsel for defendants Robert Heary and Rutgers University accepted service of process for both defendants.

**IT IS** on this Thursday, March 23, 2017,

1. ORDERED, that the Clerk of the Court shall administratively terminate the motions for entry of default judgment, D.E. 143 and 151; and it is further

2. ORDERED, that defendants Robert Heary and Rutgers University shall answer or respond to the Amended Complaint within 14 days.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

3/23/2017 5:01:03 PM

---

[1] ECF Docket Entry ("D.E.") 143, 151.

Original: Clerk of the Court
Hon. Kevin McNulty, U.S.D.J.
cc: All parties
    File