RECEIVED
JUN 19 2020

# ROBERT GARRETT

RICHARD ARJUN KAUL, MD
PROPRIA PERSONA
440c SOMERSET DRIVE
PEARL RIVER, NY 10965
201 989 2299

JUN 19 2020

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD ARJUN KAUL, MD<br><br>Plaintiff<br><br>v.<br><br>ROBERT GARRETT<br><br>Defendant. | CASE NO.16-CV-02364 |

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Plaintiff Richard Arjun Kaul, MD ("Kaul") respectfully moves this Court on ~~June 24, 2019,~~ July 20, 2020, or as soon thereafter, for an Order, pursuant to F.R.C.P 56, for entry of Summary Judgment against Defendant Robert Garrett ("Garrett"). In support of this motion, Kaul submits a Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion shall be served within 14 days of service of these motion papers

Dated: ~~May 29, 2019~~ June 22, 2020

R.K.
Richard Arjun Kaul, MD

1