# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD ARJUN KAUL,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, *et al.*,<br><br>*Defendants*. | Civil Action No. 16-2364<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter comes before the Court by way of Plaintiff Richard Arjun Kaul's multiple motions for summary judgment, D.E. 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428. The Court reviewed Plaintiff's submissions and determines that Plaintiff did not follow this Court's practice as to seeking summary judgment, and for good cause shown,

**IT IS** on this 1st day of July, 2020,

**ORDERED** that Plaintiff's motions for summary judgement, D.E. 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421, 422, 423, 424, 425, 426, 427, 428, are **DENIED without prejudice**; and it is further

**ORDERED** that should Plaintiff wish to move for summary judgment, he must comply with this Court's summary judgment procedure, listed under "Judicial Preferences" on the District Court's website. This Court's summary judgment practice is as follows:

> Parties may not file a motion for summary judgment without leave of the Court. A party will only be permitted to file one motion for summary judgement absent extraordinary circumstances, such as a change in the controlling law. When seeking leave, the moving

party must first submit a letter, no longer than three (3) pages, summarizing the party's substantive argument. The party must also submit the party's statement of material facts not in dispute pursuant to Local Civil Rule 56.1. Within two weeks of the moving party's filing, the party opposing the motion must also submit a letter, no longer than three (3) pages, summarizing the party's substantive argument in opposition. The party opposing the motion must also submit its responsive statement of material facts and supplemental statement of disputed material facts pursuant to Local Civil Rule 56.1. When submitting the initial three (3) page letter, no party has to review the standard for summary judgment. In addition, when submitting the statements of facts pursuant to Local Civil Rule 56.1, the parties shall not attach the underlying, supporting evidence. Upon receipt of the moving party and opposing party's submissions, the Court will either grant leave to file by way of text order or hold a conference call with the parties. If leave is granted, the parties are bound by their respective statements of facts pursuant to Local Civil Rule 56.1 that were submitted with the request seeking leave to file the motion; and it is further

**ORDERED** that the Clerk of the Court shall serve this Order upon Plaintiff by regular and certified mail return receipt.

John Michael Vazquez, U.S.D.J.