UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RICHARD ARJUN KAUL, MD

Plaintiff

v.                                                Case No.: 16-CV-02364

CHRISTOPHER J. CHRISTIE ET AL                     **VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE**

Defendants.

I, Richard Arjun Kaul, the Propria Persona Plaintiff, do pursuant to the authority of Rule 41(a)(1)(A)(B) Kaul immediately dismisses this case without prejudice. The case remained active in the district court, by virtue of the claim against Defendant Mitchell.

Dated: June 29, 2021

_____
RICHARD ARJUN KAUL, MD

cc: United States District Court, District of Massachusetts

2021 JUL -1 P 1:24
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED